# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2364
LT Case No. 2023-CA-000047-A

_____

BRINKER SCC, LLC D/B/A SCC
DENTON, FAIRPARK SCC, LLC
D/B/A SENIOR CARE HEALTH AND
REHABILITATION CENTER – DAL,
MULLICAN SCC, LLC D/B/A
MULLICAN CARE CENTER, ET AL.,

     Appellants,

     v.

QUALITY CARE REHAB, INC.,

     Appellee.

_____

Nonfinal Appeal from the Circuit Court for Citrus County.
Carol A. Falvey, Judge.

Leyza F. Blanco and Caroline Herter, of Sequor Law P.A., Miami,
for Appellants.

Charles A. Samarkos and Rachael L. Wood, of Johnson, Pope,
Bokor, Ruppel & Burns, LLP, Clearwater, for Appellee.

January 16, 2024

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and SOUD, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————